UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEOSIERRA ENVIRONMENTAL INC, <br><br> Plaintiff(s), <br><br> v. <br><br> NAUTILUS INSURANCE COMPANY INC, <br><br> Defendant(s). | CASE NO. 2:22-cv-00505-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On April 15, 2022, this case was removed to federal court by Defendant Nautilus Insurance Company Inc. from King County Superior Court. Plaintiff GeoSierra Environmental Inc. is suing for declaratory judgment regarding Defendant's duty to defend and indemnify Plaintiff under an insurance contract and various other contract claims. Dkt. No. 1.

(2) On April 27, 2022, the Court entered an initial case scheduling order requiring the Parties to file a joint status report by no later than June 22, 2022. Dkt. No. 13. The Parties failed to file a status report as ordered. Failure to comply with future orders may result in sanctions.

(3) On April 21, about a week before entry of the initial case scheduling order, Defendant moved to dismiss for lack of personal jurisdiction. Dkt. No. 5. On April 28, the day after the scheduling order was entered, Plaintiff moved to remand alleging that Defendant's removal is untimely. Dkt. No. 14. The motions have been fully briefed and are noted for the Court's consideration.

(4) The Court acknowledges the requirements of FRCP 16(b) but finds good cause to defer entry of a case management scheduling order until after the Court has ruled on the pending motions.

Dated this <u>1st</u> day of September 2022.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk